JASON M. FRIERSON
United States Attorney
Nevada Bar No. 7709
JUSTIN J. WASHBURNE
Assistant United States Attorneys
501 Las Vegas Boulevard South, Suite 1100
Las Vegas, Nevada 89101
Tel: (702) 388-6336
Fax: (702) 388-6418
justin.washburne@usdoj.gov
*Attorneys for the United States*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>CORBIN REYNOLDS,<br><br>Defendant. | Case Nos. 2:22-cr-00017-JAD-DJA;<br>2:16-cr-00296-JAD-PAL<br><br>**STIPULATION TO CONTINUE REVOCATION HEARING**<br>**(**First Request) |

IT IS HEREBY STIPULATED AND AGREED, by and between Jason M. Frierson, United States Attorney, and Justin J. Washburne, Assistant United States Attorney, counsel for the United States of America, and Rene L. Valladares, Federal Public Defender, and Benjamin Nemec, Assistant Federal Public Defender, counsel for Corbin Reynolds, that the Revocation Hearing currently scheduled on April 16, 2024 at 10:00 a.m. be vacated and continued to a date and time convenient to the Court, but no sooner than thirty (30) days.

This Stipulation is entered into for the following reasons:

1. Government counsel is unavailable for the Revocation Hearing due to a previously scheduled Change of Plea and Sentencing at the same date and time in US v. Luna-Morelos, Case No. 24-cr-002-NJK-GMN.

2. The defendant is in custody and agrees with the need to continue the hearing.

3. The parties request additional time to negotiate a resolution to the allegations in the petition.

4. The parties agree to the continuance.

5. This is the first request for a continuance of the revocation hearing.

DATED this 12th day of April, 2024.

Respectfully submitted,

JASON M. FRIERSON
United States Attorney

/s/ Benjamin Nemec
BENJAMIN NEMEC
Assistant Federal Public Defender
Counsel for Defendant
CORBIN REYNOLDS

/s/ Justin Washburne
JUSTIN J. WASHBURNE
Assistant United States Attorneys

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

UNITED STATES OF AMERICA,

        Plaintiff,

v.

CORBIN REYNOLDS,

        Defendant.

Case Nos. 2:22-cr-00017-JAD;
2:16-cr-00296-JAD

**STIPULATION TO CONTINUE REVOCATION HEARING**
(First Request)

IT IS THEREFORE ORDERED that the Revocation hearing currently scheduled on April 16, 2024 at the hour of 10:00 a.m., be vacated and continued to June 3, 2024 at the hour of 10:30 a.m.

DATED this 12th day of April, 2024.

_____
HON. JENNIFER A. DORSEY
UNITED STATES DISTRICT JUDGE

3